# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE **DIVISION**
**CIVIL ACTION NO.** 5:15-CV-00014-RLV

| | |
|---|---|
| ALLEN L. SLAUGHTER SR., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CRYSTAL HOLIDAY ) | |
| BIRD DOG TRAFFIC CONTROL, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

This case was settled on September 30, 2015. The Court has asked counsel to file a stipulation of dismissal, but none was ever filed. Given the settlement, the Court hereby **DISMISSES** the action and **CLOSES** the case.

**SO ORDERED.**

Signed: July 5, 2016

Richard L. Voorhees
United States District Judge